IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL BEAVER, ET AL**, <br><br> Plaintiffs, <br> v. <br><br> **READY WIRE ELECTRICAL CONTRACTORS L.L.C., ET AL.,** <br><br> Defendants. | **Case No. 2:20-cv-5109** <br><br> **Judge Graham** <br><br> **Magistrate Judge Deavers** |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") attached to the Joint Motion as Exhibit 1.

Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgement approving the settlement and dismissing the action as follows:

1. Plaintiffs Richard Carter and Anthony MacKaravitz assert wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219. Defendants Ready Wire Electrical Contractors, L.L.C. and Christopher Stant have denied any such violations, and have asserted a counterclaim.

2. The Settlement will cover Plaintiffs Richard Carter and Anthony MacKaravitz as provided in the Settlement Agreement, each of whom submitted consent forms filed with the Court in accordance with 29 U.S.C. § 216(b).

3. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b). There is "a bona fide dispute between the parties as to the employer's liability under the FLSA" and the Settlement is "fair, reasonable, and adequate." *Kritzer v. Safelite Solutions, LLC*, 2012 U.S. Dist. LEXIS 74994, at *17-19 (S.D. Ohio May 30, 2012); *Zego v. Meridian-Henderson*, S.D.Ohio No. 2:15-CV-3098, 2016 U.S. Dist. LEXIS 132320, at *3-4 (Sep. 27, 2016). The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of the investigation; the amount offered in the settlement; and the experience and views of counsel for the parties.

4. Decedent Plaintiff Michael Beaver, whose Suggestion of Death was filed on October 27, 2021 (ECF Doc. No. 32), is dismissed pursuant to Fed. R. Civ. P. 25.

5. The Court approves the Settlement Agreement, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

6. The Court finds that the Total Settlement Amount, as well as the proposed distributions to the participating Plaintiffs Richard Carter and Anthony MacKaravitz as listed in the Settlement Agreement, are fair and reasonable. The Court approves the distributions to Plaintiffs Richard Carter and Anthony MacKaravitz as provided in the Settlement Agreement and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

7. The Court approves and awards the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

8. The Court dismisses this Action, and all claims of the Plaintiffs Richard Carter and Anthony MacKaravitz with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

9. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

    **IT IS SO ORDERED**.

                                                    s/ James L. Graham
                                                    JAMES L. GRAHAM
                                                    United States District Judge

DATE: March 24, 2022